# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 614 |
| | : | |
| ORDER AMENDING RULES 1901.7 and | : | CIVIL PROCEDURAL RULES |
| 1905 OF THE PENNSYLVANIA RULES | : | |
| OF CIVIL PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 10th day of February, 2015, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been published for public comment in the *Pennsylvania Bulletin*, 43 Pa.B. 5448 (September 14, 2013) and republished for additional public comment in the *Pennsylvania Bulletin*, 44 Pa.B. 2199 (April 12, 2014):

 **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1901.7 and 1905 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

 This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days on March 12, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.